Kevin T. Barnes, Esq. (#138477)
Gregg Lander, Esq. (#194018)
LAW OFFICES OF KEVIN T. BARNES
1635 Pontius Avenue, Second Floor
Los Angeles, CA 90025-3361
Tel.: (323) 549-9100 / Fax: (323) 549-0101
Email: Barnes@kbarnes.com

Raphael A. Katri, Esq. (#221941)
LAW OFFICES OF RAPHAEL A. KATRI
8549 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90211-3104
Tel.: (310) 940-2034 / Fax: (310) 733-5644
Email: RKatri@socallaborlawyers.com

Attorneys for Plaintiff CLARENCE C. BELL, III,
on behalf of himself and all others similarly situated

Fraser A. McAlpine (State Bar No. 248554)
Conor J. Dale (State Bar No. 274123)
Mariko Mae Ashley (State Bar No. 311897)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Fraser.McAlpine@jacksonlewis.com
E-mail: Mariko.Ashley@jacksonlewis.com

Attorneys for Defendant
CEVA LOGISTICS U.S., INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE C. BELL, III, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CEVA LOGISTICS U.S., INC., a Delaware corporation; RANDSTAD INHOUSE SERVICES, LLC, a Delaware limited liability company; and DOES 1 to 100, inclusive,<br><br>Defendants. | **CLASS ACTION**<br><br>Case No.: 5:19-cv-00352-SVW (KKx)<br><br>**[PROPOSED] ORDER RE: STIPULATION REGARDING CLASS CERTIFICATION**<br><br>Honorable Stephen V. Wilson |

///

- 7 -
**STIPULATION REGARDING CLASS CERTIFICATION; ORDER**

# [PROPOSED] ORDER
## PURSUANT TO RULE 23(c) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND THE STIPULATION OF THE PARTIES, THE COURT HEREBY ORDERS:

1. The Court certifies a class under Federal Rules of Civil Procedure ("FRCP") Rule 23(b)(1) and (3) defined as follows:

   All California employees of Defendant CEVA Logistics, U.S., Inc. employed as hourly-paid warehouse employees as of November 15, 2014 to the present who were subject to Defendant CEVA Logistics, U.S., Inc.'s policies and practices regarding rest periods as alleged in Plaintiff's first cause of action as set forth in the First Amended Complaint.

2. The class claims subject to this class certification order are the following:

   (a) Claims for premium pay for all California employees of Defendant employed as hourly-paid warehouse employees as of November 15, 2014 to the present who were subject to Defendant's policies and practices regarding providing rest periods as alleged in Plaintiff's first cause of action as set forth in the First Amended Complaint;

   (b) Wage statement claims derivative of a rest break claim for all California employees of Defendant employed as hourly-paid warehouse employees as of November 15, 2014 to the present who were subject to Defendant's policies and practices regarding providing rest periods as alleged in Plaintiff's first cause of action as set forth in the First Amended Complaint;

   (c) Claims for penalties under Cal. Labor Code § 203 derivative of a rest break claim for all California employees of Defendant

employed as hourly-paid warehouse employees as of November 15, 2014 to the present who were subject to Defendant's policies and practices regarding providing rest periods as alleged in Plaintiff's first cause of action as set forth in the First Amended Complaint;

(d) and Claims for restitution arising from a rest break claim pursuant to Cal. Bus. & Prof. Code § 17200 for all California employees of Defendant as hourly-paid warehouse employees as of November 15, 2014 to the present who were subject to Defendant's policies and practices regarding providing rest periods as alleged in Plaintiff's first cause of action as set forth in the First Amended Complaint.

6. Pursuant to the parties' Stipulation, the Court finds that each of the requirements of FRCP Rule 23(a)(1-4) are satisfied.

7. The Court designates and approves Plaintiff Clarence C. Bell, III as the class representative.

8. The Court appoints Plaintiff's counsel, Kevin T. Barnes, Gregg Lander, and Raphael A. Katri, as class counsel.

IT IS SO ORDERED.

Dated: _____

The Hon. Stephen V. Wilson
United States District Court Judge