Kevin T. Barnes, Esq. (#138477)
Gregg Lander, Esq. (#194018)
LAW OFFICES OF KEVIN T. BARNES
1635 Pontius Avenue, Second Floor
Los Angeles, CA 90025-3361
Tel.: (323) 549-9100 / Fax: (323) 549-0101
Email: Barnes@kbarnes.com

Raphael Katri, Esq. (#221941)
LAW OFFICES OF RAPHAEL KATRI
8549 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90211-3104
Tel.: (310) 940-2034 / Fax: (310) 733-5644
Email: RKatri@socallaborlawyers.com

Attorneys for Plaintiff
CLARENCE C. BELL III

SEYFARTH SHAW LLP
Daniel C. Whang (SBN 223451)
dwhang@seyfarth.com
Jared W. Speier (SBN 311751)
jspeier@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:   (310) 277-7200
Facsimile:    (310) 201-5219

Attorneys for Defendant
RANDSTAD INHOUSE SERVICES, LLC

[Additional Counsel on following page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE C. BELL, III, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CEVA LOGISTICS U.S., INC., a Delaware corporation; RANDSTAD INHOUSE SERVICES, LLC, a Delaware limited liability company; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 5:19-cv-00352-SVW-KK<br><br>**JOINT NOTICE OF SETTLEMENT OF CLASS AND REPRESENTATIVE ACTION CASE**<br><br><br>Pretrial Conference: December 2, 2019<br><br>Trial: December 10, 2019 |

1  
2  Fraser A. McAlpine (State Bar No. 248554)  
   Mariko Mae Ashley (State Bar No. 311897)  
3  JACKSON LEWIS P.C.  
   50 California Street, 9th Floor  
4  San Francisco, California 94111-4615  
   Telephone:  (415) 394-9400  
5  Facsimile:   (415) 394-9401  
   E-mail: Fraser.McAlpine@jacksonlewis.com  
6  E-mail: Mariko.Ashley@jacksonlewis.com  

7  Attorneys for Defendant  
   CEVA LOGISTICS U.S., INC.  

8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

1  
JOINT NOTICE OF SETTLEMENT OF CLASS AND REPRESENTATIVE ACTION CASE  
59579797v.2

The Parties in the above-captioned matter hereby jointly provide notice to the Court that they have reached an agreement, subject to Court approval, to all Plaintiff's claims against CEVA Logistics U.S., Inc. and Randstad Inhouse Services, LLC. Plaintiff will file a Motion For Preliminary Approval of Class and Representative Action Settlement in the next 45 days after a formal long form settlement agreement is executed.

As such, the Parties respectfully request that the Court vacate the December 2, 2019 Pretrial Conference and the December 10, 2019 Trial dates.

DATED: October 9, 2019

Respectfully submitted,

LAW OFFICES OF KEVIN T. BARNES

By: */s/ Kevin Barnes*
Kevin T. Barnes
Gregg Lander
Attorneys for Plaintiff
CLARENCE C. BELL III

DATED: October 9, 2019

Respectfully submitted,

JACKSON LEWIS P.C.

By: */s/ Mariko Mae Ashley*
Fraser McAlpine
Mariko Mae Ashley
Attorneys for Defendant
CEVA LOGISTICS U.S., INC.

DATED: October 9, 2019

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Jared W. Speier*
Daniel Whang
Jared W. Speier
Attorneys for Defendant
RANDSTAD INHOUSE SERVICES, LLC