1  Kevin T. Barnes, Esq. (#138477)
   Gregg Lander, Esq. (#194018)
2  LAW OFFICES OF KEVIN T. BARNES
   1635 Pontius Avenue, Second Floor
3  Los Angeles, CA 90025-3361
   Tel.: (323) 549-9100 / Fax: (323) 549-0101
4  Email: Barnes@kbarnes.com

5  Raphael A. Katri, Esq. (#221941)
   LAW OFFICES OF RAPHAEL A. KATRI
6  8549 Wilshire Boulevard, Suite 200
   Beverly Hills, CA 90211-3104
7  Tel.: (310) 940-2034 / Fax: (310) 733-5644
   Email: RKatri@socallaborlawyers.com
8
   Attorneys for Plaintiff CLARENCE C. BELL, III,
9  on behalf of himself and all others similarly situated

10                **UNITED STATES DISTRICT COURT**

11                **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLARENCE C. BELL, III, on behalf of himself and all others similarly situated, | **CLASS ACTION** |
| Plaintiffs, | Case No.: 5:19-cv-00352-SVW (KKx) |
| v. | **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF COUNSEL, and [PROPOSED] ORDER IN SUPPORT THEREOF** |
| CEVA LOGISTICS U.S., INC., a Delaware corporation; RANDSTAD INHOUSE SERVICES, LLC, a Delaware limited liability company; and DOES 1 to 100, inclusive, | |
| Defendants. | Date:   January 13, 2020<br>Time:  1:30 p.m.<br>Crtrm.:  10A |
| | Honorable Stephen V. Wilson |
| | Action filed: November 15, 2018<br>Trial Date: December 10, 2019 |

25  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

26       PLEASE TAKE NOTICE THAT on January 13, 2020, before the Honorable

27  Stephen V. Wilson, United States District Court Judge, Courtroom 10A, located at

28  350 W. 1st Street, Los Angeles, CA 90012, Plaintiff and Class Representative

LAW OFFICES OF
KEVIN T. BARNES
1635 PONTIUS AVENUE,
SECOND FLOOR
LOS ANGELES, CA 90025
TEL.: (323) 549-9100
FAX: (323) 549-0101
BARNES@kbarnes.com

- 1 -
PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT

Clarence C. Bell, III ("Plaintiff") will move the Court for an Order Granting Approval of Class Action Settlement, for an Order conditionally certifying the Class for settlement purposes only, for an Order appointing Clarence C. Bell, III as the Class Representative of the proposed settlement Class, and for an Order confirming the appointment of the Law Offices of Kevin T. Barnes and the Law Offices of Raphael A. Katri as Class Counsel for the settlement Class. Good cause exists for the granting of the Motion in that the proposed settlement is fair, reasonable, and adequate.

The Motion will be based on this Notice of Motion, the Declarations of Plaintiff's counsel, the Memorandum of Points and Authorities set forth below, and on such oral and documentary evidence as may be presented at the hearing of the Motion.

Dated: December 2, 2019          LAW OFFICES OF KEVIN T. BARNES

By:   */s/ Kevin T. Barnes*
      Kevin T. Barnes, Esq.
      Gregg Lander, Esq.
      Attorneys for Plaintiff

LAW OFFICES OF
KEVIN T. BARNES
1635 PONTIUS AVENUE,
SECOND FLOOR
LOS ANGELES, CA 90025
TEL.: (323) 549-9100
FAX: (323) 549-0101
BARNES@KBARNES.COM

- 2 -
PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT