1  Kevin T. Barnes, Esq. (#138477)
   Gregg Lander, Esq. (#194018)
2  LAW OFFICES OF KEVIN T. BARNES
   1635 Pontius Avenue, Second Floor
3  Los Angeles, CA 90025-3361
   Tel.: (323) 549-9100 / Fax: (323) 549-0101
4  Email: Barnes@kbarnes.com

5  Raphael A. Katri, Esq. (#221941)
   LAW OFFICES OF RAPHAEL A. KATRI
6  8549 Wilshire Boulevard, Suite 200
   Beverly Hills, CA 90211-3104
7  Tel.: (310) 940-2034 / Fax: (310) 733-5644
   Email: RKatri@socallaborlawyers.com

8
9  Attorneys for Plaintiff CLARENCE C. BELL, III,
   on behalf of himself and all others similarly situated

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE C. BELL, III, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CEVA LOGISTICS U.S., INC., a Delaware corporation; RANDSTAD INHOUSE SERVICES, LLC, a Delaware limited liability company; and DOES 1 to 100, inclusive,<br><br>Defendants. | **CLASS ACTION**<br><br>Case No.: 5:19-cv-00352-SVW(KK)<br><br>**NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: April 27, 2020<br>Time: 1:30 p.m.<br>Ctrm: 10A<br><br>Honorable Stephen V. Wilson<br><br>Action filed: November 15, 2018<br>Trial Date: April 27, 2020 |

- 1 -

**NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

YOU ARE HEREBY NOTIFIED THAT on April 27, 2020 at 1:30 p.m. or as soon thereafter as the matter may be heard in Courtroom 10A of the United States District Court, Central District located at 350 West 1st Street, Los Angeles, CA 90012, Plaintiff will move for an order granting final approval for the class action settlement, attorney fees, costs and class representative enhancement. Good cause exists for the granting of the Motion in that the proposed settlement is fair, reasonable, and adequate.

The Motion will be based on this Notice of Motion, the Declarations of Plaintiff's counsel, Declaration of the Class Representative, the Memorandum of Points and Authorities set forth below, and on such oral and documentary evidence as may be presented at the hearing of the Motion.

Dated: March 12, 2020          LAW OFFICES OF KEVIN T. BARNES
                               LAW OFFICES OF RAPHAEL A. KATRI

                               By:   */s/ Kevin T. Barnes*
                                     Kevin T. Barnes, Esq.
                                     Gregg Lander, Esq.
                                     Raphael A. Katri, Esq.
                                     Attorneys for Plaintiffs

**NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**