JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE C. BELL, III, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CEVA LOGISTICS U.S., INC., a Delaware corporation; RANDSTAD INHOUSE SERVICES, LLC, a Delaware limited liability company; and DOES 1 to 100, inclusive,<br><br>    Defendants. | **CLASS ACTION**<br><br>Case No.: 5:19-cv-00352-SVW (KK)<br><br>**ORDER AND JUDGMENT GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT, ATTORNEY FEES, COSTS AND CLASS REPRESENTATIVE ENHANCEMENT**<br><br>Date: April 27, 2020<br>Time: 1:30 p.m.<br>Ctrm: 10A<br><br>Honorable Stephen v. Wilson<br><br>Action filed: November 15, 2018<br>Trial Date: April 27, 2020 |

**ORDER AND JUDGMENT GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT, ATTORNEY FEES, COSTS AND CLASS REPRESENTATIVE ENHANCEMENT**

   The Plaintiff and Class Members, as defined below, and the settling Defendant Ceva Logistics U.S., INC. (hereinafter "Defendant"or "Ceva") have entered into an agreement to settle the above-captioned class action, subject to the Court's approval. The Settlement provides for the payment of compensation to each Class Member at Ceva within the State of California during the class period.

   Pursuant to the Preliminary Approval Hearing and Order, this Court granted preliminary approval to the Settlement. The Preliminary Approval Order also approved the Notice of Class Action Settlement and the notice plan. The Court entered the Preliminary Approval Order after review and consideration of all of the pleadings filed in connection herewith.

   In compliance with the Preliminary Approval Order, notice was sent to all Class Members via first-class mail. Furthermore, multiple follow-up mailings were performed for returned mail in addition to the distribution of any Notice of Class Action Settlement to Class Members requesting copies. The notice plan was timely completed.

   This matter is now before the Court on Plaintiff's Motion for Final Approval of the Class Action Settlement, Attorney Fees, Costs and Class Representative Enhancement. The Court has read, heard, and considered all the pleadings and documents submitted, and the presentations made in connection with the Motion. Given General Order 20-05 and the lack of objections, the Court declined to hold a hearing on the motion. This Court finds that the proposed settlement appears to be the product of serious, informed, non-collusive negotiations, has no obvious deficiencies, and does not improperly grant preferential treatment to any individuals. The Court finds that the settlement was entered into in good faith. The Court further finds that the settlement is fair, reasonable and adequate and that Plaintiff has satisfied the standards for final approval of a class action settlement under federal law. Under the provisions of <u>Federal Rule of Civil Procedure 23</u>, the Trial Court has discretion to certify a Class where:  [Q]uestions of law or fact common to the members of the Class predominate over any questions affecting only

**ORDER AND JUDGMENT GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT, ATTORNEY FEES, COSTS AND CLASS REPRESENTATIVE ENHANCEMENT**

individual members, and that a class action is superior to the available methods for the fair and efficient adjudication of the controversy… Fed. R. Civ. Proc. 23(b)(3).

Certification of a Class is the appropriate judicial device under these circumstances.

Based on the foregoing, **IT IS HEREBY ORDERED THAT:**

1. This Court has jurisdiction over the claims of the settlement Class Members asserted in this proceeding and over all parties to the action.

2. For the reasons set forth in the Preliminary Approval Order, which are adopted and incorporated herein by reference, this Court finds that the applicable requirements of the Federal Rule of Civil Procedure 23 has been satisfied with respect to the Settlement Class and the proposed settlement.

3. The Class Definition is as follows: all current and former non-exempt, hourly employees in California directly hired by CEVA between November 15, 2014 through January 9, 2020. It shall be an opt-out class.

4. The notice given to the settlement Class Members fully and accurately informed the Class Members of all material elements of the proposed settlement and of their opportunity to object or comment thereon; was the best notice practicable under the circumstances; was valid, due and sufficient notice to all Class Members; and complied fully with the laws of the State of California, Federal Rules of Civil Procedure, the United States Constitution, due process and other applicable law.  The summary notices fairly and adequately described the settlement and provided Class Members adequate instructions and a variety of means to obtain additional information.  A full opportunity has been afforded to the settlement Class Members to participate in this hearing, and all settlement Class Members and other persons wishing to be heard have been heard.  Accordingly, the Court determines that all settlement Class Members who did not timely and properly opt out are bound by this judgment and order. There is to date one (1) opt out to this settlement.

5. Pursuant to California law and Federal Rule of Civil Procedure 23(e), the

**ORDER AND JUDGMENT GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT, ATTORNEY FEES, COSTS AND CLASS REPRESENTATIVE ENHANCEMENT**

Court hereby grants final approval to the settlement and finds that it is fair, reasonable and adequate, and in the best interests of the settlement Class Members as a whole. Accordingly, the Court hereby directs that the settlement be effected in accordance with the Joint Stipulation of Class Action Settlement And Release of Claims and the following terms and conditions.

6. With this final approval of the proposed settlement, it is hereby ordered that all members of the Settlement Class who have not opted out of the Settlement Class fully release and discharge Defendant, and also its respective successors and predecessors in interest, subsidiaries, affiliates, and parents; and its and their past or present officers, directors, shareholders, employees, agents, principals, heirs, representatives, accountants, auditors, consultants, attorneys, insurers and reinsurers. The release shall cover any claims arising within the scope of the lawsuit arising any time up to January 9, 2020.

7. The Class Representatives additionally waive all rights and benefits afforded by California Civil Code §1542 and do so understanding the significance of that waiver. Section 1542 provides:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

8. It is hereby ordered that a Class Representative Enhancement of $5,000 to Clarence C. Bell III is fair and reasonable.

9. It is hereby ordered that the attorneys fee request of $375,000, $9,595.05 as costs of litigation and $20,573 as costs for the Claims Administrator fees, which amounts shall be paid out of the total settlement amount as set forth in this settlement is hereby granted pursuant to federal law because, *inter alia*, Plaintiff's counsel's request falls within the range of reasonableness and the result achieved justifies the award.

10. It is hereby ordered that the $10,000 PAGA payment shall be made, with $7,500 payable to the Labor Workforce Development Agency and shall be paid out of the total settlement amount as set forth in this settlement.

11. Without affecting the finality of this matter, this Court shall retain exclusive and continuing jurisdiction over this action and the parties, including all settlement Class Members, for purposes of supervising, administering, implementing, and enforcing, and interpreting the settlement, and the claims process thereunder.

## JUDGMENT

In accordance with, and for the reasons stated in this Order, judgment shall be entered whereby the representative Plaintiff and all settlement Class Members shall take nothing from Defendant, except as expressly set forth in the Joint Stipulation of Class Action Settlement And Release of Claims, which was previously filed, as part of Plaintiff's Motion for Preliminary Approval of the Class Action Settlement.

**IT IS SO ORDERED.**

Dated: May 1, 2020

Honorable Stephen V. Wilson
United States District Judge

**ORDER AND JUDGMENT GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT, ATTORNEY FEES, COSTS AND CLASS REPRESENTATIVE ENHANCEMENT**